<div style="border: 2px solid red; color: red; padding: 10px; display: inline-block;">**MEMO ENDORSED**</div>



**T**HE **C**ITY OF **N**EW **Y**ORK
**JAMES E. JOHNSON**  **LAW DEPARTMENT**  **MARK D. ZUCKERMAN**
*Corporation Counsel*  100 CHURCH STREET  Senior Counsel
  NEW YORK, NY 10007  E-mail: mzuckerm@law.nyc.gov
    Phone: (212) 356-3519
    Fax: (212) 788-9776

November 24, 2020

**VIA ECF**
The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re:  <u>Julian Cepeda, et. al. v. City of New York, et. al.</u>, 20 CV 3483 (CM)

Your Honor:

      I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, representing defendants City of New York, DOC Comm. Cynthia Brann, Brian Sullivan and Edward Williams in the above-referenced matter.  We write with the consent of all counsel to respectfully request that the settlement conference scheduled for December 11, 2020, at 2:30 p.m. be adjourned for a period of forty five days.  The reason for the request is that during the City's settlement authority process, the need for plaintiffs' pertinent medical records while incarcerated at Albany has arisen.  Although we were able to obtain the medical records quickly upon request in <u>Washington v. City of New York, et. al.</u>, 18 CV 12306 (CM), which as the Court is aware involved similar allegations, and thought I could obtain them quickly herein, I have been informed that our office doesn't have medical releases from plaintiffs, nor do plaintiffs' counsel have releases that would allow such medical records to be provided to us quickly.  Since the Albany defendants are requiring such releases (correctly), and nine plaintiffs are incarcerated, it will take some time for the releases to be obtained.

      The City defendants respectfully suggest that a telephonic scheduling conference might be useful during the week of December 7, 2020.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman

Mark D. Zuckerman
Senior Counsel

cc: All Counsel (via ECF)

SO ORDERED:

Application GRANTED. Conference is rescheduled to February 2, 2021 at 2:30 p.m.

_____
**Ona T. Wang**                12/2/20
United States Magiustrate Judge