**MEMO ENDORSED**

## GOLDMAN & ASSOCIATES

190 E. 161ST STREET
BRONX, NY 10451

T: (718) 538-5743
F: (347) 862-6408

ATTORNEYSTEVENGODMAN@GMAIL.COM
WWW.GOLDMANCRIMINALDEFENSE.COM

January 24, 2021

VIA ECF

The Honorable Magistrate Judge Wang
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re: Julian Cepeda, et. al. v. City of New York, et. al., 20 CV 3483 (CM)

Your Honor:

Together with Jesse Hoberman Kelly, I represent the plaintiffs in the above-referenced matter. We write jointly with counsel for all defendants to respectfully request that the telephone conference previously scheduled for 2/2/21 be adjourned to another date approximately one (1) month from now.  We are asking for the extension now because, due to an administrative error on the part of my office, some of the HIPAA releases that should have been mailed to the Plaintiffs for their signatures were not actually mailed out.  Also, because most of the Plaintiffs are incarcerated at various correctional facilities around the state, combined with a postal delay, it took significantly longer to get the executed releases back than is normal.  I apologize for the delay and will do everything in my power to insure that the releases are signed and distributed to defense counsel quickly so that we can proceed with a settlement conference before Your Honor.

One previous request for adjournment of the conference has been requested, which was granted.  It is our intention to proceed with the conference on the next date.

Thank you for your consideration.

Respectfully submitted,
/s/
Steven Goldman

**SO ORDERED:**

The adjournment of the settlement conference is GRANTED and rescheduled to March 3, 2021 at 2:30 p.m.

_____
**Ona T. Wang**        1/28/21
United States Magistrate Judge

cc: All Counsel (via ECF)