**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
JULIAN CEPEDA, et al.,

                Plaintiffs,

          -against-

CITY OF NEW YORK, et al.,

                Defendants.

---------------------------------------------------------------x

20-CV-3483 (CM) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a Settlement Conference in this matter on Wednesday, March 3, 2021. The parties are directed to work together to exchange discovery as directed at the settlement conference. A joint settlement status letter is due on **March 26, 2021**, proposing dates in late April or May 2021 for the next settlement conference.

      **SO ORDERED.**

Dated: March 3, 2021
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge